UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LARRY D. KNOX,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 03-cv-4026-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Larry D. Knox's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Larry D. Knox, and that this case is dismissed with prejudice.

**DATED:** July 13, 2005

NORBERT JAWORSKI

**s/ Judith Prock, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**